1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

3   MIRANDA KANE (CABN 150630)
    Chief, Criminal Division

4   OWEN P. MARTIKAN  (CABN 177104)
    Assistant United States Attorney

5

6       450 Golden Gate Ave., Box 36055
        San Francisco, California 94102

7       Telephone:  (415) 436-7200
        Fax: (415) 436-7234

8       E-Mail:  owen.martikan@usdoj.gov

9   Attorneys for the United States of America

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,          )     No.  CR 11-0068 JSW
                                       )
14          Plaintiff,                 )     STIPULATION AND [~~PROPOSED~~]
                                       )     ORDER REQUESTING STAY OF
15              v.                     )     REMAND UNTIL HEARING ON
                                       )     EXCEPTIONAL CIRCUMSTANCES
16  ARTHUR ABRAHAM,                    )
                                       )     Date: March 10, 2011 (Change of Plea)
17          Defendant.                 )     Time: 2:00pm
                                       )     Place: Courtroom 11, 19th Floor
18  _____   )

19

20          Defendant Arthur Abraham is currently set to appear before the Court for a change of plea

21  colloquy on March 10, 2011, at 2:00pm.  Because the crime to which he will plead guilty,

22  possession of child pornography, is considered a crime of violence under 18 U.S.C. § 3156(a)(4),

23  Abraham is subject to mandatory remand under 18 U.S.C. § 3143(a)(2) when the Court finds him

24  guilty, unless Abraham can show that exceptional reasons support his continued release on bond.

25  18 U.S.C. § 3145(c).

26          Abraham intends to make a showing of exceptional reasons due to his ill health, and his

27  attorney requires additional time to obtain medical records from his treatment providers in order

28  to make this showing. *See* Declaration of Janet Metzger, filed herewith.  Also, Abraham is

1   scheduled for two medical procedures, an MRI brain scan and a full body CAT scan, that are

2   more appropriately performed while he is out of custody.

3       For these reasons, the parties agree and respectfully ask that the Court stay Abraham's

4   remand into custody until the Court has heard Abraham's motion for release under 18 U.S.C.

5   §3145(c).  The parties request a hearing date of April 28 or May 5, 2011, depending upon the

6   Court's schedule, and will be prepared to discuss a briefing schedule at the change of plea

7   hearing.

8   SO STIPULATED:

9                                                   MELINDA HAAG
                                                    United States Attorney
10

11  DATED: March 8, 2011                            /s/
                                                    _____
12                                                  OWEN P. MARTIKAN
                                                    Assistant United States Attorney
13

14                                                  /s/
    DATED: March 8, 2011                            _____
15                                                  JANET METZGER
                                                    Attorney for Arthur Abraham
16

17                          [~~PROPOSED~~] ORDER

18      Per the parties' stipulation and for the reasons stated above, defendant Arthur Abraham's

19  remand is hereby stayed until the Court has heard his motion for release pending sentencing

20  under 18 U.S.C. § 3145(c).

21  SO ORDERED.

22

23  DATED: __March 9, 2011__                        _____
24                                                  HON. JEFFREY S. WHITE
                                                    United States District Judge
25

26

27

28